**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1538**

REVEREND DR. SAMUEL T. WHATLEY; SAMUEL T. WHATLEY, II,

Plaintiffs - Appellants,

v.

CITY OF NORTH CHARLESTON; NORTH CHARLESTON POLICE DEPARTMENT; NORTH CHARLESTON CODE ENFORCEMENT; CITY OF NORTH CHARLESTON MUNICIPAL COURT,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Sherri A. Lydon, District Judge.  (2:23-cv-00516-SAL)

Submitted:  October 19, 2023                          Decided:  October 23, 2023

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Samuel T. Whatley, Samuel T. Whatley, II, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reverend Dr. Samuel T. Whatley and Samuel T. Whatley, II, appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice their action brought pursuant to the Freedom of Information Act for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Whatley v. City of N. Charleston*, No. 2:23-cv-00516-SAL (D.S.C. May 12, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
